CM/ECF volpmd
(Rev. 01/28/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Joey Veal and Misty Veal
Debtor(s)

Case No.: 14−10127−JDW
Chapter:13
Judge:Jason D. Woodard

---

**ORDER AND NOTICE AS TO DEFICIENCY(IES) AND**
**PROPOSED DISMISSAL OF CASE**

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by a factual sworn affidavit showing good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Statement of Financial Affairs due 01/28/2014
Aty Disclosure Stmt. due 01/28/2014
Verification of Matrix due 01/28/2014
Chapter 13 Plan due 01/28/2014
Summary of Schedules due 01/28/2014
Schedule A due 01/28/2014
Schedule B due 01/28/2014
List of All Creditors due 01/28/2014
Schedule C due 01/28/2014
Chapter 13 Form 22C due 01/28/2014
Schedule D due 01/28/2014
Schedule E due 01/28/2014
Schedule F due 01/28/2014
Schedule G due 01/28/2014
Schedule H due 01/28/2014
Schedule I due 01/28/2014
Schedule J due 01/28/2014

To permit time for this noticing, if the required paperwork and/or fees are not timely filed and/or paid by 1/28/14 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 1/14/14

Jason D. Woodard
Judge, U.S. Bankruptcy Court